No. 05–5439. MINNIECHESKE v. VILLAGE OF TIGERTON, WIS-
CONSIN, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 05–5440. PHIFER v. INDIANA. Sup. Ct. Ind. Certiorari
denied.

No. 05–5441. GERMAN v. DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5443. RISO-CASTILLO, AKA CASTILLO v. UNITED
STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5444. MARTIN v. LEWIS, WARDEN. C. A. 9th Cir.
Certiorari denied.

No. 05–5445. LUCAS ET AL. v. UNITED STATES. C. A. 2d Cir.
Certiorari denied. 

No. 05–5446. JENSEN v. UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certio-
rari denied.

No. 05–5448. MONTOYA-CRUZ, AKA WHITE v. UNITED STATES.
C. A. 5th Cir. Certiorari denied. 

No. 05–5449. PUENTOS-CAMPOS, AKA MARTINEZ-VILLANUEVA,
AKA RODRIGUEZ-CAMPOS v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. 

No. 05–5450. NOSOV, AKA DLINNI, ET AL. v. UNITED STATES.
C. A. 2d Cir. Certiorari denied. 

No. 05–5451. HASSAN v. DEPARTMENT OF VETERANS AFFAIRS
ET AL. C. A. 2d Cir. Certiorari denied. 

No. 05–5452. NOLAN v. ESSEX, EXAMINER, UNITED STATES
PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied. ██

No. 05–5453. PULIDO v. TENNIS, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir.
Certiorari denied.